

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00338-CR

Maya Kaylea Ann **ANDERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-10541
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We direct the clerk of this court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

SIGNED August 26, 2020.

_____
Patricia O. Alvarez, Justice